NO.
12-07-00016-CR

NO. 12-07-00017-CR

NO. 12-07-00018-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

TROY MCDOUGAL,            §          APPEALS
FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM








            Appellant
was charged in three separate cases with aggravated sexual assault of a
child.  In each case, Appellant pleaded
guilty and the trial court assessed punishment at imprisonment for life. We
have received the trial court’s certification showing that Appellant waived his
right to appeal in each case.  See Tex. R. App. P. 25.2(d).  Accordingly, the appeals are dismissed
for want of jurisdiction.

Opinion delivered February
14, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

(DO NOT PUBLISH)